*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MICHAEL GOODMAN

vs.                                    NO. 3:02-CV-00248 SWW

JOHN BAILEY and CONSOLIDATED
FREIGHTWAYS,

### ORDER OF DISMISSAL

Pursuant to the plaintiff's motion [doc.#4] to dismiss this action with prejudice pursuant to a settlement agreement,

IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

DATED this 1ST day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE